

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Hon. I. S. Stone, Jr.
County Attorney
Brazoria County
Angleton, Texas

Dear Sir:

Opinion No. O-5941
Re: Is the property of a church or
a religious society that consists
of vacant lots in no way connected
with the actual place of religious
worship or exclusive use for a
dwelling place for the minister,
but a future building site for
said church, exempt from taxation?

Your letter of March 20, 1944, requesting an opinion from this department, reads in part as follows:

"The Tax Assessor and Collector of Brazoria County has requested me to advise him if the land belonging to a church which is considered by such church to be its future building site exempt from taxation. These lots are separate and apart from the present place of worship and are vacant lots."

Your letter then sets out Article 7150 of the R. C. S. in full, and states that in your opinion said property is not exempt from taxation, and you request that we advise you if this construction of the statute is correct.

Article VIII, Section 2, of the Texas Constitution, as amended in 1928, authorizes the Legislature to exempt from taxation "actual places of(of) religious worship, also any property owned by a church or by a strictly religious society for the exclusive use as a dwelling place for the ministry of such church or religious society, and which yields no revenue whatever to such church or religious society; provided that

such exemption shall not extend to more property than is reasonably necessary for a dwelling place and in no event more than one acre of land. . ."

Article 7150, R. C. S., provides for exemption from taxation in favor of ". . . actual places of religious worship, also any property owned by a church or by a strictly religious society, for the exclusive use as a dwelling place for the ministers of such church or religious society, the books and furniture therein and the grounds attached to such buildings necessary for the proper occupancy, use and enjoyment of the same, and which yields no revenue whatever to such church or religious society. . ."

We assume from your letter that construction work has not yet started on the church building on the lots in question. The great weight of authority in this country supports the proposition that land on which it is the intention of a religious organization to erect a church building, but on which no work of construction has been commenced, is not exempt from taxation. 17 A. L. R. 1038; 2 A. L. R. 545; 26 R. C. L. 324; 61 J. J. 485; Cooley on Taxation, 4th Edition, p. 1441.

Accordingly we agree with you in your conclusion that these lots belonging to the church are not exempt from taxation.

                                    Yours very truly

                                    ATTORNEY GENERAL OF TEXAS

                            By      *J. Arthur Sandlin*
                                    J. Arthur Sandlin
                                    Assistant

TORNEY GENERAL OF TEXAS

JAS:AHM

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN